## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**ROBERTA RAE GUMM,**                     )
                                          )
            **Plaintiff,**                )
                                          )
**vs.**                                   )          **Case No. CIV-06-866-R**
                                          )
**FEDERAL BUREAU OF PRISONS, et al.,**    )
                                          )
            **Defendants.**               )

## O R D E R

Plaintiff filed this action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), alleging violations of her constitutional right. Pursuant to 28 U.S.C. § 636(b)(1)( B), the matter was referred to United States Magistrate Judge Doyle W. Argo for preliminary review.  On October 3, 2007, Judge Arog issued a Report and Recommendation, wherein he recommended that the Defendants' motion to dismiss be granted and that this action be dismissed.  The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein nor has she sought an extension of time in which to respond.  Accordingly, the Report and Recommendation is ADOPTED IN ITS ENTIRETY and Defendants' motion to dismiss is GRANTED.  Additionally, as recommended by Judge Argo, Plaintiff's claims against Unknown Federal Officers at FTC Oklahoma are dismissed without prejudice.

IT IS SO ORDERED this 6th day of November, 2007.

*David L. Russell*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE